PEOPLE v CECIL HAWKINS, No. 137456; Court of Appeals No. 285167.

PEOPLE v NORRIS JOHNSON, No. 137506; Court of Appeals No. 277812.

PEOPLE v BIBBS, No. 137631. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286036.

PEOPLE v POOLE, No. 137637. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285843.

PEOPLE v DARIUS WILLIAMS, No. 137643. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286002.

PEOPLE v KEITH SMITH, No. 137646. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285756.

PEOPLE v GAINFORTH, No. 137651; Court of Appeals No. 275750.

PEOPLE v CHISOLM, No. 137658. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The application is also subject to dismissal because the defendant's application for leave to appeal was not filed with the Court of Appeals within 12 months of the March 5, 2007, order of the circuit court, as required by MCR 7.205(F)(3). Court of Appeals No. 286842.

PEOPLE v JERMELL JOHNSON, No. 137659. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 286627.

KELLY, C.J., did not participate because she served on the Court of Appeals panel that affirmed the defendant's conviction on direct appeal.

PEOPLE v JASPER, No. 137674. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284697.

PEOPLE v GREENE, No. 137678. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 287704.

PEOPLE v DOUGLAS WRIGHT, No. 137782. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286362.

PEOPLE v O'HARE, No. 137787; Court of Appeals No. 278244.

PEOPLE v ROSCOE OWENS, No. 137788; Court of Appeals No. 287000.

PEOPLE v MAY, No. 137818. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283349.

PEOPLE v RUSSELL EDWARDS, No. 137842. The defendant has failed to